# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., as trustee for LSF10 Master Participation Trust,<br><br>    Plaintiff,<br><br>          v.<br><br>MITCHELL J. GALLANT, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) 1:19-cv-00317-JDL<br>)<br>)<br>)<br>)<br>) |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

Plaintiff US Bank Trust, N.A. filed an amended complaint (ECF No. 52). United States Magistrate Judge Karen Frink Wolf filed a Recommended Decision (ECF No. 55) with the Court, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022) and Fed. R. Civ. P. 72(b), in which she recommends that Plaintiff not be required to serve the amended complaint on Defendants Mitchell J. Gallant and Mary K. Gallant and that the default as to the Defendants on the original complaint be set aside. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to de novo review and appeal.

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge

for the reasons set forth in her Recommended Decision and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 55) of the Magistrate Judge is hereby **ACCEPTED** and the Clerk's Office is **DIRECTED** to set aside the default as to the Defendants.

**SO ORDERED.**

**Dated this 10th day of August, 2022.**

                                                /s/ Jon D. Levy
                                      **CHIEF U.S. DISTRICT JUDGE**